UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| EARL TORRES, on behalf of himself, individually, and on behalf of all others similarly-situated,<br><br>            Plaintiff,<br><br>-against-<br><br>ALAMAND MANAGEMENT CORP., and ANDREW EDELMAN, individually, and ELVIN NICK, individually,<br><br>            Defendants. | **Docket No.: 19-cv-10244 (ALC)(RWL)**<br><br>**JUDGMENT** |

**WHEREAS**, on February 24, 2020, Defendants Alamand Management Corp., Andrew Edelman, and Elvin Nick, offered Plaintiff, Earl Torres, to take a judgment against them in this action pursuant to Federal Rule of Civil Procedure ("Fed. R. Civ. P.") 68 in the amount of Thirty Thousand Dollars and Zero Cents ($30,000.00), inclusive of attorneys' fees and costs; and

**WHEREAS**, on February 24, 2020, Plaintiff filed his Notice of Acceptance of this offer; it is

**HEREBY ORDERED and ADJUDGED** that judgment is hereby entered pursuant to Fed. R. Civ. P. 68 in favor of Plaintiff Earl Torres, as against Defendants Alamand Management Corp., Andrew Edelman, and Elvin Nick, jointly and severally, for Thirty Thousand Dollars and Zero Cents ($30,000.00), to be apportioned as follows:

Earl Torres: $19,241.27;

Attorneys' fees and costs to Borrelli & Associates, P.L.L.C.: $10,758.73, of which $10,000.00 is attorneys' fees and $758.73 is costs.

SO ORDERED, on the 25th day of February of 2020, New York, New York:

The Honorable Andrew L. Carter, Jr., U.S.D.J.